FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATHER CAVALIER, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, and Illinois corporation,<br><br>　　　　　　　　Defendant. | NO: 4:20-CV-5048-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Breach of Contract Claim with Prejudice, ECF No. 10.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal of the claim.  Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss Breach of Contract Claim with Prejudice, **ECF No. 10**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Breach of Contract claim is dismissed **with prejudice** and without fees or costs to any party.

3. All remain causes of action, insurance bad faith, negligence, and violation of the Consumer Protective Act and Insurance Fair Conduct Act, remain pending in this action.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** June 19, 2020.

                                     *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                         United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2